**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Vernetria Williams fka Vernetria Griffith | No. 09-13418 |
| Debtor | Hon. Eugene R. Wedoff |

**RESPONSE TO NOTICE OF FINAL CURE**

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6Home Equity Pass Through Certificates, Series 2006-6, files this, its Response to Notice of Final Cure:

The pre-petition funds are paid in full; however, the account is not current. The account is due for 7/1/2012 in the total amount of $26,851.30. A breakdown of the missed post-petition payments are the following:

07/01/2012-08/01/2012: P&I $1155.06, escrow shortage $28.30 (total $1183.36 each)
09/01/2012-08/01/2013: P&I $1155.06, escrow shortage $15.88 (total $1170.94 each)
09/01/2013             : P&I $1155.06
10/01/2013-06/01/2014: P & I $1155.06, escrow shortage $4.72 (total $1159.78 each)

To the extent the amounts set forth in this Response to Notice of Final Cure are not determined by the court to be invalid, the right of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6Home Equity Pass Through Certificates, Series 2006-6 to collect these amounts will be unaffected.

Submitted by:

_____/s/ Meredith S. Fox_____
Attorney for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6Home Equity Pass Through Certificates, Series 2006-6

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077