**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                         Chapter 13

Vernetria Williams fka Vernetria Griffith                  No.   09-13418

            Debtor                                                 Hon.  Eugene R. Wedoff

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on June 2, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                         _____/s/ Meredith S. Fox_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Ashley Chike and Marilyn O. Marshall on June 2, 2014.

                                                         _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Vernetria Williams fka Vernetria Griffith
1043 S. Austin
Chicago, IL 60644

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Ashley Chike
Geraci Law L.L.C.
55 E. Monroe St. Suite 3400
Chicago, IL 60603